ATTACHMENT II

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re: ENGLEHARDT ELVIS A.　　　　　　　　　Case no: 14-11684
　　　　ENGLEHARDT TAMMY J.

　　　Debtor(s)

### REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE
### AND APPOINTMENT OF SUCCESSOR TRUSTEE

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because:

I have a conflict due to previously being the bankruptcy trustee involving Jim Earl Aron.

/s/ Henry J. Applewhite
(Trustee)

Effective this date, I hereby accept the rejection/resignation of ___Henry Applewhite___ having been previously appointed as interim trustee and hereby appoint___Alex Gates___ as successor interim trustee. If applicable, the meeting of creditors is hereby rescheduled to the _____ day of _____, 20__.

DATE: July 22, 2014

Henry G. Hobbs, Jr.
Acting United States Trustee
Region 5, Judicial Districts
Of Louisiana and Mississippi

By: _____

{RESIGNATION LETTER.DOC}